IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICKA NELLON,<br><br>    Plaintiff,<br><br> v.<br><br>LORNA JANE USA INC.,<br><br>    Defendant. | Civil Action No. 1:20-cv-10213 |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiff Fredericka Nellon filed the above-referenced case against Defendant Lorna Jane USA, Inc., on February 4, 2020.

2. Whereas Defendant has not yet answered or otherwise appeared in this action, and thus dismissal is appropriate without court order, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

4. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff seeks dismissal of the complaint with prejudice.

Dated: July 2, 2020    Respectfully Submitted,

              */s/ Jason M. Leviton*
              Jason M. Leviton, Esq.
              **BLOCK & LEVITON, LLP**
              260 Franklin Street, Suite 1860
              Boston, MA 02110
              Telephone: (617) 398-5600


              *Attorneys for Plaintiff  Fredericka Nellon*

## **CERTIFICATE OF SERVICE**

I certify that on the 2nd day of July, 2020, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and I also certify that I am providing a copy to those parties not receiving CM/ECF notifications at this time.

*/s/ Jason M. Leviton*
Jason M. Leviton
